IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| THOMAS MONROE CARTER, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 5:09-cv-131 (HL) |
| CALVIN RAMSEY, et al., | : | |
| Defendants. | : | |
| _____ | : | |

## ORDER

Before the Court is the Report and Recommendation (Doc. 24) entered on May 26, 2010 of United States Magistrate Judge Claude W. Hicks, Jr., in which the Magistrate Judge recommends that Defendants' Motion to Dismiss (Doc. 15) be granted. Plaintiff has filed an objection (Doc. 25). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's objections and has made a de novo determination of the portions of the Recommendation to which he objects.

After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. Accordingly, Plaintiff's claims against the remaining defendants Calvin Ramsey, Dr. Hale Burnside, and Alexis Chase are dismissed.

**SO ORDERED**, this the 14th day of June, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc