IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| THOMAS M. CARTER, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 5:09-CV-131(HL) |
| CALVIN RAMSEY, et al., | : | |
| Defendants. | : | |

## ORDER

Before the Court is Plaintiff's Thomas Carter ("Carter") motion to appoint counsel (Doc. 37). Carter has previously asked the Court to appoint him counsel. His requests have been denied. Carter's case is closed, but he has filed a notice of appeal. He has not paid the appellate filing fee.

Carter's motion to appoint counsel is denied. As the Court has previously explained, Carter has demonstrated competency in handling his rather straightforward denial of medical care case. If in the event that he is able to proceed with his appeal, then the appropriate court to ask for the appointment of counsel is the Eleventh Circuit Court of Appeals. See Addendum Five to the Eleventh Circuit Rules.

**SO ORDERED**, this the 30th day of November, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc